UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA     )
     )
v.     )     NO. 3:10-00098
     )     JUDGE CAMPBELL
DANIEL WADE GREEN     )

ORDER

Pending before the Court is a Motion for Ex Parte Status Conference (Docket No. 51). The

Court will hold a hearing on the Motion on October 22, 2012, at 9:00 a.m.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE