UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00098 |
| | ) | JUDGE CAMPBELL |
| DANIEL WADE GREEN | ) | |

ORDER

Pending before the Court are two letters from the Defendant (Docket Nos. 59, 60), *pro se*, regarding the conditions of his confinement and other matters. Counsel for the parties shall file a response on or before July 2, 2013.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE