UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00098 |
| | ) | JUDGE CAMPBELL |
| DANIEL WADE GREEN | ) | |

ORDER

Pending before the Court is a Motion to Have Defendant Transferred to Another Detention Facility (Docket No. 69). The parties shall be prepared to discuss the Motion at the status conference scheduled for August 19, 2013, at 8:30 a.m. The Court reserves decision on Defendant's request to hold a further hearing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE