UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00098 |
| | ) | JUDGE CAMPBELL |
| DANIEL WADE GREEN | ) | |

## ORDER

On September 13, 2013, the Court held a pretrial conference in this case.

It is currently estimated that the proof in this case will be concluded by Thursday, September 26, 2013.

The Court inquired about the reference to 18 U.S.C. § 2251(d) in Counts One and Two of the Indictment. The Government indicated it appeared to be a clerical error and the Defendant declined to agree to amend the Indictment. The Government indicated further action by a Grand Jury may be considered.

The Court heard argument on three pending Motions in Limine (Docket Nos. 73-75) and took the Motions under advisement pending the following:

1. By Wednesday, September 18, 2013, the Government shall file a notice regarding Motion in Limine 1 (Docket No. 73) on whether the two minor victims will testify. The Government represented that the "forensic interviews" will be produced pretrial if the Government intends to call the minor witnesses.

2. By Wednesday, September 18, 2013, the Government shall file a notice as to Motion in Limine 2 (Docket No. 74) if it intends to offer videos (not still pictures) into evidence. Defendant represented that if only still pictures (not videos) are used, that a hard copy notebook that Defendant had access to in Court was sufficient and a computer was not necessary.

3. Motion in Limine 3 (Docket No. 75) regarding sexual devices and DVDs is taken under advisement pending the anticipated further filings by the parties.

Various other potential evidence was discussed and disputed at the hearing. Any further Motions in Limine regarding such evidence, or the notices to be filed by the Government, shall be filed by Thursday, September 19, 2013. Responses to any further Motions in Limine shall be filed by Monday, September 23, 2013.

By Thursday, September 19, 2013, the parties shall file proposed forfeiture jury instructions and verdict forms or a stipulation that in the event of a conviction the forfeiture issue will not be decided by the jury. Any stipulation shall state whether the forfeiture issue will be resolved by agreement or decided by the Court.

The parties shall appear in Court by 8:30 a.m. on Tuesday, September 24, 2013, to discuss jury selection procedures and any issues noted above that are unresolved.

It is so ORDERED.

                                                       _____
                                                       TODD J. CAMPBELL
                                                       UNITED STATES DISTRICT JUDGE