UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00098 |
| | ) | JUDGE CAMPBELL |
| DANIEL W. GREEN | ) | |

## ORDER

On September 18, 2013, the Grand Jury returned a Superseding Indictment in this case. (Docket No. 83). The trial in this case is set for September 24, 2013. Under the Speedy Trial Act, the Defendant may have a right not to be tried within 30 days of the date the Superseding Indictment was issued. <u>See</u> 18 U.S.C. § 3161(c), (d). On or before September 20, 2013, the Defendant shall file a notice indicating whether he waives any such right and intends to proceed to trial, or instead seeks to continue the trial.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE