UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00098 |
| | ) | JUDGE CAMPBELL |
| DANIEL W. GREEN | ) | |

### ORDER

Pending before the Court is a Notice Of Intent (Docket No. 91) in which the Defendant states that he "does not waive his 30-day statutory right to a continuance per 18 U.S.C. § 3161." The Court interprets the Notice as stating Defendant's intent not to proceed to trial on September 24, 2013, and to request a continuance. The Court will hold a status conference on September 20, 2013, at 4:00 p.m. to discuss this issue.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE