UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00098 |
| | ) | JUDGE CAMPBELL |
| DANIEL W. GREEN | ) | |

ORDER

The parties have filed a Notice Of Stipulation To Forfeiture (Docket No. 88), which indicates that counsel for the Defendant has agreed to stipulate to forfeiture, but that she has not had an opportunity to review the proposed stipulation with her client.

On or before September 27, 2013, the parties shall file either a forfeiture stipulation or proposed forfeiture jury instructions and verdict form.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE