UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:10-00098 |
| | ) | JUDGE CAMPBELL |
| DANIEL WADE GREEN | ) | |

ORDER

The hearing currently scheduled for October 21, 2013, at 11:00 a.m. is **RESCHEDULED** for October 21, 2013, at 12:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE