UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA        )
                                            )
v.                                        )      NO. 3:10-00098
                                            )      JUDGE CAMPBELL
DANIEL GREEN                     )

ORDER

The status conference currently scheduled for January 2, 2014, is RESCHEDULED for

January 3, 2014, at 9:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE