UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00098 |
| | ) | JUDGE CAMPBELL |
| DANIEL W. GREEN | ) | |

## ORDER

Pending before the Court is the Government's Motion For Extension Of Time To Response To Defendant's Motion In Limine #4 (Docket No. 116). Through the Motion, the Government seeks an extension of time, until January 20, 2014, in which to file a response to the Defendant's Motion In Limine #4. The Motion is GRANTED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE