UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00098 |
| | ) | JUDGE CAMPBELL |
| DANIEL W. GREEN | ) | |

## ORDER

Pending before the Court is the Defendant's Motion For Extension Of Time To File Response To Government's Sealed Second Motion In Limine (Docket No. 120). Through the Motion, the Defendant seeks an extension of time, until January 23, 2014, in which to file a response to the Government's Sealed Second Motion In Limine. The Motion is GRANTED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE